888

PER CURIAM.

Jesmer and Harris, of Chicago (Robert Jesmer and Marvin Lanzel, of counsel), for appellant.

Jacobs, Lieberman and Aling, of Chicago (Eugene Lieberman, of counsel), for appellee.

RICHARD J. DALEY, Mayor and Local Liquor Control Commissioner of the City of Chicago, Plaintiff-Appellee, v. HARLAND E. FERGUSON et al., Defendants-Appellants.

(No. 59183;

First District (5th Division)—August 9, 1974.

PER CURIAM.

Daniel D. Mangiamele, of Chicago, for appellants.

Richard L. Curry, Corporation Counsel, of Chicago (Daniel Pascale and Ann Acker, Assistant Corporation Counsel, of counsel), for appellee.

*In re* SANDRA SCIARA, Respondent—(THE PEOPLE OF THE STATE OF ILLINOIS, Petitioner-Appellee, *v.* SANDRA SCIARA, Respondent-Appellant.)

(No. 59585;

First District (5th Division)—August 9, 1974.